1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roosevelt Glover | Case No.  CV 16-02617-AB (AFMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Jose Madera, et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45  days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 12, 2017   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE